

# Missouri Court of Appeals
## Southern District

**SEPTEMBER 3, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD33159

    Re:  MISSOURI DEPARTMENT OF
         CORRECTIONS,
         Employer-Appellant,
         v.
         MANFRED SHERMAN,
         Claimant-Respondent,
         and
         MISSOURI DIVISION OF
         EMPLOYMENT SECURITY,
         Respondent.

2.  Case No.  SD33008

    Re:  TOMMY WAYNE BOYD,
         Appellant,
         vs.
         STATE OF MISSOURI,
         Respondent.